UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ANTONIO BENNETT,

                            Plaintiff,                        1:26-cv-631 (BKS/DJS)

v.

ACTING N.Y.S. DIVISION OF PAROLE,
and LETITA JAMES,

                            Defendants.

**Appearances:**

*Plaintiff pro se:*
Antonio Bennett
Astoria, NY 11106

**Hon. Brenda K. Sannes, Chief United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Plaintiff Antonio Bennett filed this action on a form complaint under 42 U.S.C. § 1983, together with approximately 475 pages of exhibits. (Dkt. No. 1). Plaintiff also sought leave to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2). This matter was referred to United States Magistrate Judge Daniel J. Stewart for an initial review pursuant to 28 U.S.C. § 1915(e)(2) and Local Rule 72.3(d). On May 5, 2026, Magistrate Judge Stewart granted Plaintiff's application to proceed IFP, and issued a Report-Recommendation recommending that the Complaint be dismissed with leave to amend. (Dkt. Nos. 11, 12). Magistrate Judge Stewart found that the Complaint failed to provide proper notice of the claims asserted, as required by Fed. R. Civ. P. 8, and failed to state claims in the numbered paragraphs required by Fed. R. Civ. P. 10(b). (Dkt. No. 12). Magistrate Judge Stewart informed Plaintiff that he had fourteen days within which to

1

file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 7–8). Plaintiff did not file objections. He submitted four letters to the Court seeking to "attach" various documents "under #1:26-cv-631 second complaint," (Dkt. Nos. 13–16), and a fifth letter, (Dkt. No. 17), asking that the fourth letter be stricken.[1] For the reasons that follow, the Report-Recommendation is adopted in its entirety.

This Court reviews de novo those portions of the Magistrate Judge's findings and recommendations that have been properly preserved with a specific objection. *Nambiar v. Cent. Orthopedic Grp., LLP*, 158 F.4th 349, 359 (2d Cir. 2025). "A proper objection is one that identifies the specific portions of the [Report-Recommendation] that the objector asserts are erroneous and provides a basis for this assertion." *Kruger v. Virgin Atl. Airways, Ltd.*, 976 F. Supp. 2d 290, 296 (E.D.N.Y. 2013) (citation omitted). Properly raised objections "must be specific and clearly aimed at particular findings" in the report. *Molefe v. KLM Royal Dutch Airlines*, 602 F. Supp. 2d 485, 487 (S.D.N.Y. 2009). "[E]ven a pro se party's objections to a Report[-]Recommendation must be specific and clearly aimed at particular findings in the magistrate [judge]'s proposal . . . ." *Machicote v. Ercole*, No. 06-cv-13320, 2011 WL 3809920, at *2, 2011 U.S. Dist. LEXIS 95351, at *4 (S.D.N.Y. Aug. 25, 2011) (citation omitted). Findings and recommendations as to which there was no properly preserved objection are reviewed for clear error. *Id*.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. Having

---

[1] Plaintiff's letter request (Dkt. No. 17) seeking to strike his letter filed on May 13, 2026 is granted, and that letter (Dkt. No. 16) is stricken.

reviewed the Report-Recommendation, and having found no clear error, the Court adopts Magistrate Judge Stewart's recommendation.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Stewarts's Report-Recommendation (Dkt. No. 12) is **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED with leave to amend**; and it is further

**ORDERED** that any amended complaint must be filed within thirty (30) days of the date of this Order. Any amended complaint must be a complete pleading which will replace the current complaint in total, and it **must comply with the directions in the Report-Recommendation**; and it is further

**ORDERED** that if Plaintiff timely files an amended complaint, it shall be referred to Magistrate Judge Stewart for review; and it is further

**ORDERED** that, if Plaintiff fails to file an amended complaint within 30 days from the date of this Order or to request an extension of time to do so, the Clerk is directed to enter judgment without further order of the Court; and it is further;

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: June 30, 2026
       Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge

3